UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

LVN Property Management, LLC

    Debtor.
_____/

Chapter 11
Case No.  6:15-bk-00447-KSJ

## ORDER DENYING DEBTOR'S MOTION FOR SANCTIONS

THIS CASE came on for hearing on April 10, 2015 at 10:00 a.m., upon the Debtor's Motion for Sanction (Doc. No. 17) (the "Motion").

Accordingly, it is

**ORDERED** that the Motion is DENIED.

DONE AND ORDERED on April 27, 2015

_____
Karen S. Jennemann
United States Bankruptcy Judge

Attorney Katie Brinson Hinton is directed to serve a copy of this order on interested parties and to file a proof of service within three (3) days of entry of the order.