UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| LVN PROPERTY MANAGEMENT, LLC, ) | Case No.  6:15-bk-00447-KSJ |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**ORDER DENYING CONFIRMATION AND**
**DISMISSING CHAPTER 11 BANKRUPTCY CASE**

THIS CAUSE came before the Court on April 10, 2015, to consider confirmation of Debtor's Plan of Reorganization (Doc. No. 27), final approval of the Disclosure Statement (Doc. No. 28), Hursynd 14, LLC's Motion to Dismiss Case for Bad Faith Filing (Doc. No. 57), Hursynd 14, LLC's Motion for Relief from Automatic Stay (Doc. No. 58), and the Debtor's Motion for Confirmation of Plan under Bankruptcy Code 1129(b) with Legal Memorandum (Doc. No. 66).  Consistent with the findings of fact and conclusions of law stated orally, rendered on April 10, 2015, and recorded in open court pursuant to F.R.B.P. 7052, the Court makes the following ruling and retains jurisdiction to issue supplemental written findings of fact and conclusions of law to further explain the oral ruling, in the event an appeal is filed, pursuant to In re Mosley, 494 F.3d 1320 (11th Cir., 2007).  Accordingly, it is

**ORDERED:**

1. Approval of the Disclosure Statement (Doc. No. 28) is denied.

2. Confirmation of the Debtor's Plan of Reorganization (Doc. No. 27) is denied.

3. The Debtor's Motion for Confirmation of Plan Under Bankruptcy Code 1129(b) with Legal Memorandum (Doc. No. 66) is denied.

4. Hursynd 14, LLC's Motion to Dismiss (Doc. No. 57) is granted.

5. This Chapter 11 case is dismissed.

6. The Motion for Relief from Automatic Stay (Doc. No. 58) is granted.

7. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated for all purposes as to Hursynd 14, LLC.

8. The Debtor is directed to retain funds in the DIP account and shall not disburse any existing cash pending further State Court order directing Debtor to turn over funds to the Receiver and/or Hursynd.

9. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: April 28, 2015.

_____
KAREN S. JENNEMANN
Chief United States Bankruptcy Judge

Katie Brinson, Attorney for Hursynd 14, LLC, is directed to serve a copy if this order on interested parties and to file a proof of service within three (3) days of entry of this order.